# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

D-12 MICHAEL ANTHONY TALLEY
a/k/a "Tiny"

**13-cr-20156**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL ANTHONY TALLEY, a/k/a "Tiny" , who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribution of Controlled Substances (Cocaine), 21 U.S.C. Sections 846, 841(a), 841(b)(1)(A)(ii)(II)

Date: FEB 28 2013

City and state: Detroit, MI

*Issuing officer's signature*

LOLITA GRANGER  DEPUTY CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   _____
*Arresting officer's signature*
_____
*Printed name and title* |

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA

Case 1:13-mj-00712-SAG   Document 1   Filed 04/09/13   Page 2 of 20

2:13-cr-20156-GCS-DRG   Doc # 3   Filed 03/12/13   Pg 1 of 9   Pg ID 5
Case 1:13-mj-00712-SAG   Document 1   Filed 04/09/13   Page 3 of 20

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v. | Case:2:13-cr-20156<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 02-28-2013 At 04:21 PM<br>INDI V MARTINEZ, ET AL. (CMC) |

D-1  ALFREDO ANTONIO MARTINEZ
    a/k/a "CHOLO"
D-2  ARMANDO ANTONIO VILLA AGUIRRE
    a/k/a "SKINNY"
D-3  SANTIAGO PENUNURI ANGULO
    a/k/a "MELL GIBSON," "DON CHAGO"
D-4  EDGAR OMAR CASTRO-CABANILLAS
    a/k/a "NEPHEW"
D-5  MANUEL MARTINEZ
D-6  JUAN RUBIO CERDA
D-7  MANUEL MACIAS TISCARENO
D-8  MARTIN LOAIZA
    a/k/a "COMPA," "PARIENTE"
D-9  DANNY JUAREZ
D-10 JUAN CARLOS ASTORGA RAMIREZ
D-11 ARMANDO ROCHIN
    a/k/a "COMPA ARMANDO"
D-12 MICHAEL ANTHONY TALLEY
    a/k/a "TINY"
D-13 ALFREDO PRADO
    a/k/a "SLIM"
D-14 SERGIO JAIME PIZARRO
D-15 RIGOBERTO QUEVEDO ORANTES
    a/k/a "CHAKA"
D-16 ARTURO ADOLFO LEMUS CRUZ
D-17 JUAN JOSE BERRIOS TURICO
    a/k/a "JUANCHO"
D-18 JAMIE YOSHIO KONO
    a/k/a "JAY"
D-19 JESUS ANTONIO TORRERO-TREJO
D-20 CARMELO SANTIAGO-CABAN

21 U.S.C. § 841
21 U.S.C. § 841(b)(1)(A)(ii)
21 U.S.C. § 846
21 U.S.C. § 848
18 U.S.C. § 2

Criminal forfeiture allegations

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

21 U.S.C. §§ 846, 841(a), 841(b)(1)(A)(ii)(II) – *Conspiracy to Possess with Intent to Distribute and Distribution of Controlled Substances (Cocaine)*

D-1  ALFREDO ANTONIO MARTINEZ
   a/k/a "CHOLO"
D-2  ARMANDO ANTONIO VILLA AGUIRRE
   a/k/a "SKINNY"
D-3  SANTIAGO PENUNURI ANGULO
   a/k/a "MELL GIBSON," "DON CHAGO"
D-4  EDGAR OMAR CASTRO-CABANILLAS
   a/k/a "NEPHEW"
D-5  MANUEL MARTINEZ
D-6  JUAN RUBIO CERDA
D-7  MANUEL MACIAS TISCARENO
D-8  MARTIN LOAIZA
   a/k/a "COMPA," "PARIENTE"
D-9  DANNY JUAREZ
D-10 JUAN CARLOS ASTORGA RAMIREZ
D-11 ARMANDO ROCHIN
   a/k/a "COMPA ARMANDO"
D-12 MICHAEL ANTHONY TALLEY
   a/k/a "TINY"
D-13 ALFREDO PRADO
   a/k/a "SLIM"
D-14 SERGIO JAIME PIZARRO
D-15 RIGOBERTO QUEVEDO ORANTES
   a/k/a "CHAKA"
D-16 ARTURO ADOLFO LEMUS CRUZ
D-17 JUAN JOSE BERRIOS TURICO
   a/k/a "JUANCHO"
D-18 JAMIE YOSHIO KONO
   a/k/a "JAY"
D-19 JESUS ANTONIO TORRERO-TREJO
D-20 CARMELO SANTIAGO-CABAN

From in or about 2011, exact date being approximate, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, defendants ALFREDO

2

Case 1:13-mj-00712-SAG   Document 1   Filed 04/09/13   Page 6 of 20

ANTONIO MARTINEZ, ARMANDO ANTONIO VILLA AGUIRRE, SANTIAGO PENUNURI ANGULO, EDGAR OMAR CASTRO-CABANILLAS, MANUEL MARTINEZ, JUAN RUBIO CERDA, MANUEL MACIAS TISCARENO, MARTIN LOAIZA, DANNY JUAREZ, JUAN CARLOS ASTORGA RAMIREZ, ARMANDO ROCHIN, MICHAEL ANTHONY TALLEY, ALFREDO PRADO, SERGIO JAIME PIZARRO, RIGOBERTO QUEVEDO ORANTES, ARTURO ADOLFO LEMUS CRUZ, JUAN JOSE BERRIOS TURICO, JAMIE YOSHIO KONO, JESUS ANTONIO TORRERO-TREJO, CARMELO SANTIAGO-CABAN, and others, known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully attempt, combine, conspire, confederate and agree together and with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), and 846.

1. It was a part of the conspiracy that ALFREDO ANTONIO MARTINEZ established a drug trafficking organization, which was dealing in multi-kilogram quantities of cocaine in the Detroit metropolitan area, other locales in the Eastern District of Michigan, and other states throughout the United States, including but not limited to California, Ohio, and Maryland.

2. It was a further part of the conspiracy that EDGAR OMAR CASTRO-CABANILLAS a/k/a "NEPHEW" would facilitate the conspiracy by, *inter alia,* supplying cocaine to ALFREDO ANTONIO MARTINEZ and otherwise brokering cocaine transactions between ALFREDO ANTONIO MARTINEZ and others known and unknown who reside in Mexico.

3. It was a further part of the conspiracy that ALFREDO ANTONIO MARTINEZ and others would utilize semi-tractor trailers to conceal and transport cocaine and the cash generated from the drug organization's sale of cocaine. Among the persons who would use these vehicles to transport cocaine and cash were MICHAEL ANTHONY TALLEY, ALFREDO PRADO, SERGIO JAIME PIZARRO, RIGOBERTO QUEVEDO ORANTES, and ARTURO ADOLFO LEMUS CRUZ.

4. It was a further part of the conspiracy that ALFREDO ANTONIO MARTINEZ and others would arrange for large amounts of currency derived from the sale of cocaine in the Detroit metropolitan area and elsewhere to be transported to California and then to Mexico for the purpose of payment for and/or purchase of cocaine. Among the persons who would assist in the transportation of this currency were MANUEL MARTINEZ, JUAN CARLOS ASTORGA RAMIREZ, JESUS ANTONIO TORRERO-TREJO, and CARMELO SANTIAGO-CABAN.

5. It was a further part of the conspiracy that ARMANDO ANTONIO VILLA AGUIRRE, SANTIAGO PENUNURI ANGULO, DANNY JUAREZ, ARMANDO ROCHIN, JUAN JOSE BERRIOS TURICO, and JAMIE YOSHIO KONO would facilitate the conspiracy by, *inter alia*, transporting and/or distributing cocaine, loading and unloading cocaine and cocaine proceeds, and re-packaging and/or storing cocaine.

6. It was a further part of the conspiracy that JUAN RUBIO CERDA, MANUEL MACIAS TISCARENO, and MARTIN LOAIZA purchased and sought to purchase multi-kilogram quantities of cocaine from the drug trafficking organization run by ALFREDO ANTONIO MARTINEZ for further distribution and sale. At numerous times during the existence of the conspiracy, JUAN RUBIO CERDA, MANUEL MACIAS TISCARENO, and MARTIN

4

Case 1:13-mj-00712-SAG   Document 1   Filed 04/09/13   Page 10 of 20

LOAIZA used a communication facility, specifically, a telephone, in causing or facilitating the commission of conspiracy to distribute cocaine.

7. At various times during the existence of the conspiracy, police officials seized quantities of cocaine belonging to the drug trafficking organization run by ALFREDO ANTONIO MARTINEZ. This cocaine was intended for further distribution by the organization. These seizures include, but are not limited to, the following:

    A. On or about December 17, 2011, in Barstow California, police seized approximately 26 kilograms of cocaine.

    B. On or about January 30, 2012, in Jessup, Maryland, police seized approximately 31 kilograms of cocaine.

    C. On or about June 12, 2012, in Livingston County, Michigan, police seized approximately 17 kilograms of cocaine.

8. At numerous times during the existence of the conspiracy, ALFREDO ANTONIO MARTINEZ and others used a communication facility, specifically, a telephone, in causing or facilitating the commission of conspiracy to distribute cocaine. These calls include, but are not limited to, the following:

| Date of Call | Time of Call |
| --- | --- |
| December 1, 2011 | 10:16 p.m. (PST) |
| December 6, 2011 | 7:00 p.m. (PST) |
| February 27, 2012 | 10:45 a.m. (PST) |
| March 5, 2012 | 9:17 a.m. (PST) |
| March 6, 2012 | 12:37 p.m. (PST) |
| May 29, 2012 | 9:09 p.m. (PDT) |
| June 13, 2012 | 12:34 a.m. (PDT) |
| September 19, 2012 | 10:25 p.m. (EDT) |

All in violation of Title 21, United States Code, § 846.

## COUNT TWO

21 U.S.C. § 848(a) & (c) – *Continuing Criminal Enterprise*

D-1 ALFREDO ANTONIO MARTINEZ
    a/k/a "CHOLO"

From in or about 2011, exact date being approximate, and continuing to the date of this indictment, in the Eastern District of Michigan, and elsewhere, the defendant, ALFREDO ANTONIO MARTINEZ did unlawfully, knowingly, and intentionally engage in a continuing criminal enterprise in that he unlawfully, knowingly, and intentionally violated Title 21, United States Code, Sections 841(a) and 846, on three or more occasions including but not limited to those violations set forth more completely in Count One in general, and specifically in in paragraphs 7 and 8 of Count One, and Count Three of this indictment, which counts are hereby adopted and incorporated by reference as set forth fully. These and other violations were all part of a continuing series of violations of Subchapter I and II of Title 21, Section 801, et seq., that were undertaken by defendant ALFREDO ANTONIO MARTINEZ in concert with at least five other persons with respect to whom ALFREDO ANTONIO MARTINEZ occupied a position of principal administrator, organizer, supervisor, or leader of the enterprise from which continuing series of violations the defendant obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848(a).

## COUNT THREE

21 U.S.C. §§ 841(a), 841(b)(1)(A)(ii)(II) – *Possession with Intent to Distribute a Controlled Substance (Cocaine)* & 18 U.S.C. § 2 – *Aiding and Abetting*

D-1 ALFREDO ANTONIO MARTINEZ
    a/k/a "CHOLO"
D-4 EDGAR OMAR CASTRO-CABANILLAS
    a/k/a "NEPHEW"
D-15 RIGOBERTO QUEVEDO ORANTES
    a/k/a "CHAKA"
D-16 ARTURO ADOLFO LEMUS CRUZ

On or about June 12, 2012, in the Eastern District of Michigan, and elsewhere, defendants ALFREDO ANTONIO MARTINEZ, EDGAR OMAR CASTRO-CABANILLAS, RIGOBERTO QUEVEDO ORANTES, and ARTURO ADOLFO LEMUS CRUZ, did knowingly and intentionally commit an offense against the United States, that is, to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code §§ 841(a), 841(b)(1)(A)(ii)(II), and Title 18, United States Code § 2.

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON
Dated: February 28, 2013

BARBARA L. McQUADE
United States Attorney

s/Christopher Graveline
CHRISTOPHER GRAVELINE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9155
E-Mail: Christopher.Graveline2@usdoj.gov
Bar No. (P69515)

s/B. Michael Ortwein III
B. MICHAEL ORTWEIN III
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9595
E-Mail: B.Michael.Ortwein@usdoj.gov

2:13-cr-20156-GCS-DRG   Doc # 3   Filed 03/12/13   Pg 9 of 9   Pg ID 18
Case 1:13-mj-00712-SAG   Document 1   Filed 04/09/13   Page 19 of 20

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes        ☒ No | AUSA's Initials: |

Case Title: USA v. ALFREDO ANTONIO MARTINEZ, et al.

County where offense occurred: Wayne County and elsewhere

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

  ✓ Indictment/____Information --- **no** prior complaint.
  ____Indictment/____Information --- based upon prior complaint [Case number: ]
  ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

  ☐  Original case was terminated; no additional charges or defendants.
  ☐  Corrects errors; no additional charges or defendants.
  ☐  Involves, for plea purposes, different charges or adds counts.
  ☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 28, 2013
Date

CHRISTOPHER GRAVELINE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9155
Fax: 313-226-3265
E-Mail address: Christopher.Graveline2@usdoj.gov
Attorney Bar #: P69515

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                             10/13/0